IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:23CR86 |
| Plaintiff, | ) | |
| v. | ) | WAIVER OF PERSONAL APPEARANCE |
| | ) | AT ARRAIGNMENT AND ORDER |
| JUSTIN GARRINGER, | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the Third Superseding Indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the Third Superseding Indictment.

_Justin Garringer_
Defendant

4/17/2025
Date

_[signature]_
Attorney for Defendant

4/17/2025
Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

4/17/2025

BY THE COURT:

_[signature]_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT